AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | )      Case No.      2:14-mj-126-NJK |
| | ) |
| Juan Carlos Padilla-Loredo, | ) |
| *Defendant* | ) |

## CONTINUED DETENTION HEARING

A continued detention hearing at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse 333 Las Vegas Boulevard South Las Vegas, Nevada 89101 **Before the Honorable Magistrate Judge Nancy J. Koppe** | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Monday, February 24, 2014, at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      Feb 21, 2014

                                       *Judge's signature*

                              NANCY J. KOPPE
                UNITED STATES MAGISTRATE JUDGE
                                 *Printed name and title*